IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT MARTINEZ,

    Plaintiff,

v.                                                      No. 14-cv-0016 SMV/KBM

CITY OF SANTA FE and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendants.

### ORDER TO RESPOND

THIS MATTER is before the Court on Defendant St. Paul Fire and Marine Insurance Company's ("St. Paul") Notice of Removal [Doc. 1], filed on January 6, 2014. Defendant St. Paul removed this action based on diversity jurisdiction. *Id.* at 3. However, on the face of the Complaint, complete diversity is lacking because Plaintiff is a New Mexico resident and Defendant City of Santa Fe is a municipality incorporated under the laws of the state of New Mexico. [Doc. 1-2] at 1–13. Nevertheless, St. Paul argues that removal was proper because the City of Santa Fe was fraudulently joined. [Doc. 1] at 3–12. To date, Plaintiff has neither responded to this argument nor moved to remand to state court.

**IT IS THEREFORE ORDERED** that Plaintiff respond to St. Paul's fraudulent joinder argument within 14 days. St. Paul may reply within 14 days of the filing of Plaintiff's response.

**IT IS SO ORDERED.**

                                                                                                                                                            _____
                                                                                                                                                           **STEPHAN M. VIDMAR**
                                                                                                                                                           **United States Magistrate Judge**